UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x

KATHRYN FLINT, on behalf of herself and all others similarly situated,

                      Plaintiff,

                    v.

REVLON, INC., REVLON CONSUMER PRODUCTS CORP., AND ALMAY, INC.,

                      Defendants.

---------------------------------------------------------------- x

Case No. 1:18-cv-06992-NRB-HBP

**STIPULATION AND [PROPOSED] ORDER**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the respective parties that defendant's time to answer or move with respect to the Complaint in the above-captioned action, presently due on August 30, 2018, shall be adjourned until October 26, 2018. There have been no previous requests for extensions of time to answer or move with respect to the Complaint.

Dated: New York, New York
       August 28, 2018

THE GOLAN FIRM LLP
Yvette Golan
1712 N Street, NW, Suite 302
Washington, D.C. 20036
(866) 298-4150, ext. 101

KRAMER LEVIN NAFTALIS & FRANKEL LLP

By: ___/s/_____
Norman C. Simon
Eileen M. Patt
1177 Avenue of the Americas
New York, New York 10036
(212) 715-9100

*Attorneys for Defendants Revlon, Inc., Revlon Consumer Products Corp., and Almay, Inc.*

KL3 3179746.1

FRANCIS & MAILMAN, P.C.

By: _____
James A. Francis (*pro hac vice* forthcoming)
David A. Searles (*pro hac vice* forthcoming)
Land Title Building, Suite 1902
100 South Broad Street
Philadelphia, PA 19110
(215) 735-8600

*Attorneys for Plaintiff Kathryn Flint*

SO ORDERED:

_____
Honorable Naomi Reice Buchwald
United States District Judge