# Exhibit 1



**210**
NAVY
MARINE

# ALMAY PEN EYELINER™

**Easy to use unique ballpoint tip**
- Provides high impact color all day
- Glides on smoothly
- Hypoallergenic, ophthalmologist tested
- Removes easily with Almay® eye makeup removers
- Place ballpoint tip at base of lashes and sweep from inner corner to outer corner of eye

**Bout à bille unique facile à utiliser**
- Procure une couleur intense tenant toute la journée
- Glisse en douceur
- Hypoallergique, testé par des ophtalmologues
- S'enlève facilement à l'aide des démaquillants pour les yeux Almay®
- Faites glisser le bout à bille du coin intérieur au coin extérieur de l'œil, à la racine des cils

**Fácil de usar por su punta de alta precisión**
- Obtén un delineado atrevido; colores vivos e intensos todo el día.
- Desliza suavemente
- Hipoalergénico, oftalmológicamente probado.
- Se remueve fácilmente con los removedores de maquillaje para ojos Almay®
- Coloque la punta en la base de las pestañas y deslice desde la esquina interna hasta la esquina externa del ojo.

**IMPORTANT** : NEVER USE IF EYE IS INJURED, IRRITATED OR INFECTED. CONSULT AN EYE DOCTOR IMMEDIATELY IN CASE OF INJURY. ALWAYS HANDLE AND APPLY IN A CAREFUL AND SANITARY MANNER. DO NOT DILUTE PRODUCT WITH ANY ADDITIVE OR SHARE WITH OTHERS. **AVERTISSEMENT** : NE JAMAIS UTILISER SI LES YEUX SONT BLESSÉS, IRRITÉS OU INFECTÉS. CONSULTER UN OCULISTE IMMÉDIATEMENT EN CAS DE BLESSURE. TOUJOURS MANIPULER ET APPLIQUER AVEC SOIN ET DE FAÇON HYGIÉNIQUE. NE PAS DILUER LE PRODUIT AVEC UN ADDITIF. LE RÉSERVER À SON USAGE PERSONNEL. **ADVERTENCIAS:** NO UTILICE ESTE PRODUCTO SI SU OJO SE ENCUENTRA DAÑADO, IRRITADO O INFECTADO. SI OBSERVA ALGUNA REACCIÓN DESFAVORABLE DESCONTINUE SU USO. EN CASO DE QUE PERSISTA, CONSULTE A UN MÉDICO. SIEMPRE MANIPULE Y APLIQUE EL PRODUCTO DE MANERA CUIDADOSA E HIGIÉNICA. NO DILUYA EL PRODUCTO CON NINGÚN ADITIVO, NI LO COMPARTA CON OTRAS PERSONAS.

**INGREDIENTS / INGRÉDIENTS / INGREDIENTES:** AQUA (WATER) EAU), POLYESTER-5, BUTYLENE GLYCOL, 1,2-HEXANEDIOL, SODIUM POLYASPARTATE, STEARETH-21, SIMETHICONE, POLYSORBATE 65, GLYCERYL STEARATE, METHYLCELLULOSE, PHENOXYETHANOL, POTASSIUM SORBATE, SODIUM DEHYDROACETATE, SORBIC ACID. **MAY CONTAIN / PUEDE CONTENER:** IRON OXIDES (CI 77491), FERRIC AMMONIUM FERROCYANIDE (CI 77510) 24173  6M

★ ★ MADE IN AMERICA ★ ★
from domestic & imported components

ALMAY COM



3  09979 64003  4

29

© 2016 ALMAY, INC. DIST. NEW YORK, NY 10004. BEAUTYGE, S.L. 08940 BARCELONA, SPAIN. IMP. POR BEAUTYGE MEXICO S.A. DE C.V. Y DIST. EN MEXICO POR: REVLON S.A. DE C.V. AMBAS CON DIRECCIÓN EN INSURGENTES SUR 2453 OF. 101 C.P. 01090 MÉXICO, CDMX. HECHO EN E.U.A. IMP Y DIST. POR CORPORACIÓN ROCOSME 2012 C.A., RIF. J-40041757-0. N.S.O. PC-X-XX.XXX-VE CPE XXXXXXXXXXI IMP. NEW REVLON ARGENTINA S.A. - LEGAJO N° 2266 - M.S RES. 155/98 - CENTRO DE ATENCIÓN AL CONSUMIDOR: 0800-7773656. MADE IN U.S.A. WITH U.S. AND NON-U.S. COMPONENTS. / FABRIQUÉ AUX É.-U. AVEC DES PIÈCES DES É.-U. ET DE L'ÉTRANGER. / HECHO EN E.U.A. CON COMPONENTES DE E.U.A. Y DE OTROS PAÍSES. 221793-03 9640-03



**208**
BLACK
NOIR

# ALMAY PEN EYELINER™

**Easy to use unique ballpoint tip**
- Provides high impact color all day
- Glides on smoothly
- Hypoallergenic, ophthalmologist tested
- Removes easily with Almay® eye makeup removers
- Place ballpoint tip at base of lashes and sweep from inner corner to outer corner of eye

**Bout à bille unique facile à utiliser**
- Procure une couleur intense tenant toute la journée
- Glisse en douceur
- Hypoallergique, testé par des ophtalmologues
- S'enlève facilement à l'aide des démaquillants pour les yeux Almay®
- Faites glisser le bout à bille du coin intérieur au coin extérieur de l'œil, à la racine des cils

**Fácil de usar por su punta de alta precisión**
- Obtén un delineado atrevido; colores vivos e intensos todo el día.
- Desliza suavemente
- Hipoalergénico, oftalmológicamente probado.
- Se remueve fácilmente con los removedores de maquillaje para ojos Almay®
- Coloque la punta en la base de las pestañas y deslice desde la esquina interna hasta la esquina externa del ojo.

**IMPORTANT :** NEVER USE IF EYE IS INJURED, IRRITATED OR INFECTED. CONSULT AN EYE DOCTOR IMMEDIATELY IN CASE OF INJURY. ALWAYS HANDLE AND APPLY IN A CAREFUL AND SANITARY MANNER. DO NOT DILUTE PRODUCT WITH ANY ADDITIVE OR SHARE WITH OTHERS. **AVERTISSEMENT :** NE JAMAIS UTILISER SI LES YEUX SONT BLESSÉS, IRRITÉS OU INFECTÉS. CONSULTER UN OCULISTE IMMÉDIATEMENT EN CAS DE BLESSURE. TOUJOURS MANIPULER ET APPLIQUER AVEC SOIN ET DE FAÇON HYGIÉNIQUE. NE PAS DILUER LE PRODUIT AVEC UN ADDITIF. LE RÉSERVER À SON USAGE PERSONNEL. **ADVERTENCIAS:** NO UTILICE ESTE PRODUCTO SI SU OJO SE ENCUENTRA DAÑADO, IRRITADO O INFECTADO. SI OBSERVA ALGUNA REACCIÓN DESFAVORABLE DESCONTINUE SU USO. EN CASO DE QUE PERSISTA, CONSULTE A UN MEDICO. SIEMPRE MANIPULE Y APLIQUE EL PRODUCTO DE MANERA CUIDADOSA E HIGIENICA. NO DILUYA EL PRODUCTO CON NINGUN ADITIVO, NI LO COMPARTA CON OTRAS PERSONAS.

**INGREDIENTS / INGRÉDIENTS / INGREDIENTES:** AQUA (WATER) EAU, ACRYLATES COPOLYMER, BUTYLENE GLYCOL, SODIUM LIGNOSULFONATE, SODIUM LAURETH-11 CARBOXYLATE, GLYCERIN, DIPROPYLENE GLYCOL, PROPYLENE GLYCOL, POLYSORBATE 80, ALCOHOL, SODIUM LAURETH-12 SULFATE, EDTA, DIAZOLIDINYL UREA, POTASSIUM SORBATE, METHYLPARABEN, ETHYLPARABEN, PROPYLPARABEN, BLACK 2 (CI 77266) [NANO]. 22388

★ ★ **MADE IN AMERICA** ★ ★
from domestic & imported components

ALMAY COM



3   09979 64001   0

19

© 2016 ALMAY, INC., DIST. NEW YORK, NY 10004. BEAUTYGE, S.L., 08940 BARCELONA, SPAIN. IMP. POR BEAUTYGE MEXICO S.A. DE C.V. Y DIST. EN MEXICO POR: REVLON S.A. DE C.V. AMBAS CON DIRECCION EN INSURGENTES SUR, 2453 OF 101 C.P. 01090 MEXICO, CDMX. HECHO EN E.U.A. IMP. Y DIST. POR CORPORACIÓN ROCOSME 2012 C.A., RIF. J-40041757-0. N.S.O. PC-X-XX.XXX-VE CPE XXXXXXXXXXXI IMP. NEW REVLON ARGENTINA S.A. - LEGAJO Nº 2266 - M.S. RES. 155/98 - CENTRO DE ATENCIÓN AL CONSUMIDOR: 0800-7773656. MADE IN U.S.A. WITH U.S. AND NON-U.S. COMPONENTS. / FABRIQUÉ AUX É.-U. AVEC DES PIÉCES DES É.-U. ET DE L'ÉTRANGER. / HECHO EN E.U.A. CON COMPONENTS DE E.U.A. Y DE OTROS PAISES. 221750-01 9640-01



**209**
BROWN
BRUN

# ALMAY PEN EYELINER™

**Easy to use unique ballpoint tip**
- Provides high impact color all day
- Glides on smoothly
- Hypoallergenic, ophthalmologist tested
- Removes easily with Almay® eye makeup removers
- Place ballpoint tip at base of lashes and sweep from inner corner to outer corner of eye

**Bout à bille unique facile à utiliser**
- Procure une couleur intense tenant toute la journée
- Glisse en douceur
- Hypoallergique, testé par des ophtalmologues
- S'enlève facilement à l'aide des démaquillants pour les yeux Almay®
- Faites glisser le bout à bille du coin intérieur au coin extérieur de l'œil, à la racine des cils

**Fácil de usar por su punta de alta precisión**
- Obtén un delineado atrevido; colores vivos e intensos todo el día.
- Desliza suavemente
- Hipoalergénico, oftalmológicamente probado.
- Se remueve fácilmente con los removedores de maquillaje para ojos Almay®
- Coloque la punta en la base de las pestañas y deslice desde la esquina interna hasta la esquina externa del ojo.

**IMPORTANT :** NEVER USE IF EYE IS INJURED, IRRITATED OR INFECTED. CONSULT AN EYE DOCTOR IMMEDIATELY IN CASE OF INJURY. ALWAYS HANDLE AND APPLY IN A CAREFUL AND SANITARY MANNER. DO NOT DILUTE PRODUCT WITH ANY ADDITIVE OR SHARE WITH OTHERS. **AVERTISSEMENT :** NE JAMAIS UTILISER SI LES YEUX SONT BLESSÉS, IRRITÉS OU INFECTÉS. CONSULTER UN OCULISTE IMMÉDIATEMENT EN CAS DE BLESSURE. TOUJOURS MANIPULER ET APPLIQUER AVEC SOIN ET DE FAÇON HYGIÉNIQUE. NE PAS DILUER LE PRODUIT AVEC UN ADDITIF. LE RÉSERVER À SON USAGE PERSONNEL. **ADVERTENCIAS:** NO UTILICE ESTE PRODUCTO SI SU OJO SE ENCUENTRA DAÑADO, IRRITADO O INFECTADO. SI OBSERVA ALGUNA REACCIÓN DESFAVORABLE DESCONTINUE SU USO. EN CASO DE QUE PERSISTA CONSULTE A UN MEDICO. SIEMPRE MANIPULE Y APLIQUE EL PRODUCTO DE MANERA CUIDADOSA E HIGIENICA. NO DILUYA EL PRODUCTO CON NINGUN ADITIVO, NI LO COMPARTA CON OTRAS PERSONAS.

**INGREDIENTS / INGRÉDIENTS / INGREDIENTES:** AQUA (WATER) EAU), POLYESTER-5, BUTYLENE GLYCOL, 1,2-HEXANEDIOL, SODIUM POLYASPARTATE, STEARETH-21, SIMETHICONE, POLYSORBATE 65, GLYCERYL STEARATE, METHYLCELLULOSE, PHENOXYETHANOL, POTASSIUM SORBATE, SODIUM DEHYDROACETATE, SORBIC ACID. **MAY CONTAIN / PUEDE CONTENER:** IRON OXIDES (CI 77491), FERRIC AMMONIUM FERROCYANIDE (CI 77510) 24173  6M

★ ★   MADE IN AMERICA   ★ ★
from domestic & imported components

ALMAY COM

3  09979 64002  7

28

© 2016 ALMAY, INC. DIST., NEW YORK, NY 10004. BEAUTYGE, S.L. 08940 BARCELONA, SPAIN. IMP. POR BEAUTYGE MEXICO S.A. DE C.V. Y DIST. EN MEXICO POR: REVLON S.A. DE C.V. AMBAS CON DIRECCIÓN EN INSURGENTES SUR 2453 OF. 101 C.P. 01090 MEXICO, CDMX. HECHO EN E.U.A. IMP. Y DIST. POR CORPORACION ROCOSME 2012 C.A., RIF J-40041757-0. N.S.O. PC-X-XX,XXX-VE CPE XXXXXXXXXX IMP. NEW REVLON ARGENTINA S.A. - LEGAJO Nº 2266 - M.S. RES. 155/98 - CENTRO DE ATENCIÓN AL CONSUMIDOR: 0800-7773656. MADE IN U.S.A. WITH U.S. AND NON-U.S. COMPONENTS. / FABRIQUE AUX É.-U. AVEC DES PIÈCES DES É.-U. ET DE L'ÉTRANGER. / HECHO EN E.U.A. CON COMPONENTES DE E.U.A. Y DE OTROS PAÍSES. 221793-02 9640-02