UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/24/19
```

------------------------------------X

KATHRYN FLINT on behalf of herself
and all others similarly situated,

           Plaintiff,

      - against -

REVLON, INC., REVLON CONSUMER
PRODUCTS CORP., and ALMAY, INC.,

          Defendants.

------------------------------------X

**ORDER**

18 Civ. 6992 (NRB)

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

Oral argument on the pending motion to dismiss will be heard on Wednesday, July 17, 2019, at 11:00 A.M. at the United States Court House, 500 Pearl Street, New York, New York, in Courtroom 21A.

    **SO ORDERED.**

Dated:  New York, New York
       June 24, 2019

                           NAOMI REICE BUCHWALD
                           UNITED STATES DISTRICT JUDGE